UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Christina Delavega,<br><br>　　　　　　　Plaintiff,<br>　v.<br>I.C. System, Inc.,<br>　　　　　　　Defendant. | Civil Action No.:  5:16-cv-863<br><br>**COMPLAINT** |

For this Complaint, Plaintiff, Christina Delavega, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Christina Delavega ("Plaintiff"), is an adult individual residing in San Antonio, Texas, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant, I.C. System, Inc. ("ICS"), is a Minnesota business entity with an address of 444 Highway 96 East, St. Paul, Minnesota 55127-2557, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

**A.    The Debt**

5.    Plaintiff or Plaintiff's family member allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor").

6.    The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7.    The Debt was purchased, assigned or transferred to ICS for collection, or ICS was employed by the Creditor to collect the Debt.

8.    Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

**B.    ICS Engages in Harassment and Abusive Tactics**

9.    On or about December 10, 2015, ICS called Plaintiff in an attempt to collect the Debt.

10.   During the call, in addition to requesting location information for Plaintiff's father, ICS asked Plaintiff to give her father a message to return the call to ICS.

11.   Plaintiff advised ICS that she is not in contact with her father and does not know his whereabouts.

12.   Thereafter, ICS continued to call Plaintiff to collect the Debt.

13.   On or about December 15, 2015, ICS placed another call to Plaintiff to collect the Debt. Plaintiff advised ICS again that she does not know her father's whereabouts.

14.   ICS's calls to Plaintiff were annoying and harassing.

## COUNT I
## VIOLATIONS OF THE FDCPA 15 U.S.C. § 1692, *et seq.*

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Defendants' conduct violated 15 U.S.C. § 1692b(1) in that Defendants contacted third parties for purposes other than to confirm or correct location information.

17. Defendants' conduct violated 15 U.S.C. § 1692c(b) in that Defendants communicated with individuals other than Plaintiff, Plaintiff's attorney, or a credit bureau.

18. Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

19. Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair and unconscionable means to collect a debt.

20. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

21. Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

4. Punitive damages; and

5. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: August 29, 2016

                Respectfully submitted,

                By: ___*/s/ Sergei Lemberg*_____

                Sergei Lemberg, Esq.
                Connecticut Bar No. 425027
                LEMBERG LAW, L.L.C.
                43 Danbury Road
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                E-mail: slemberg@lemberglaw.com
                Attorneys for Plaintiff