# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Christina Delavega, | : |
|               Plaintiff, | : Civil Action No.: 5:16-cv-00863-XR |
| v. | : |
| I.C. System, Inc., | : |
|               Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 28, 2017

                                        Respectfully submitted,

                                        By:   /s/ Sergei Lemberg

                                        Sergei Lemberg, *Attorney-in-Charge*
                                        Connecticut Bar No. 425027
                                        LEMBERG LAW, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        E-mail: slemberg@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By    /s/ Sergei Lemberg

                                              Sergei Lemberg