### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

——————————————————————————

Christina Delavega,

          Plaintiff,

   v.

I.C. System, Inc.,

          Defendant.

——————————————————————————

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:  5:16-cv-00863-XR

### STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will

retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| Christina Delavega | I.C. System, Inc. |
| ___/s/ Sergei Lemberg_____ | ___/s/ Robbie Malone_____ |
| Sergei Lemberg, *Attorney-in-Charge* | Robbie Malone, Esq. |
| Connecticut Bar No. 425027 | State Bar No. 128764580 |
| LEMBERG LAW, L.L.C. | MALONE AKERLY MARTIN PLLC |
| 43 Danbury Road, 3rd Floor | Northpark Central, Suite 1850 |
| Wilton, CT 06897 | 8750 North Central Expressway |
| Telephone: (203) 653-2250 | Dallas, Texas 75231 |
| Facsimile:  (203) 653-3424 | Telephone: (214) 346-2630 |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg_____

Sergei Lemberg